Fill in this information to identify the case:

United States Bankruptcy Court for the:

__Northern__ District of __California__
(State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  California-Nevada Methodist Homes

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  94-1312411

4. **Debtor's address**

   **Principal place of business**

   1850   Alice Street
   Number   Street

   Oakland           CA      94612
   City              State   ZIP Code

   Alameda
   County

   **Mailing address, if different from principal place of business**

   Number   Street

   P.O. Box

   City              State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number   Street

   City              State   ZIP Code

5. **Debtor's website** (URL)  https://www.cnmh.org/

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 1

Debtor  California-Nevada Methodist Homes  Case number (if known)_____
          Name

6. **Type of debtor**
   - ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*
   - ☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☐ None of the above

   B. *Check all that apply:*
   - ☒ Tax-exempt entity (as described in 26 U.S.C. § 501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
   6231 ___ ___

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☒ Chapter 11. *Check all that apply*:
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

Debtor  California-Nevada Methodist Homes _____  Case number (if known)_____
       Name

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No
   ☐ Yes.  District _____  When _____  Case number _____
                                    MM / DD / YYYY
           District _____  When _____  Case number _____
                                    MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☒ No
    ☐ Yes.  Debtor _____  Relationship _____
            District _____  When _____
                                                   MM / DD / YYYY
            Case number, if known _____

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                               Number     Street
                               _____
                               _____  _____  _____
                               City                         State  ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
           Contact name _____
           Phone _____

---

| Statistical and administrative information |

| Debtor | California-Nevada Methodist Homes | Case number (if known) |
|---|---|---|
| | Name | |

13. **Debtor's estimation of available funds**

    Check one:

    ☑ Funds will be available for distribution to unsecured creditors.

    ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

    ☐ 1-49
    ☐ 50-99
    ☐ 100-199
    ☑ 200-999
    ☐ 1,000-5,000
    ☐ 5,001-10,000
    ☐ 10,001-25,000
    ☐ 25,001-50,000
    ☐ 50,001-100,000
    ☐ More than 100,000

15. **Estimated assets**

    ☐ $0-$50,000
    ☐ $50,001-$100,000
    ☐ $100,001-$500,000
    ☐ $500,001-$1 million
    ☐ $1,000,001-$10 million
    ☑ $10,000,001-$50 million
    ☐ $50,000,001-$100 million
    ☐ $100,000,001-$500 million
    ☐ $500,000,001-$1 billion
    ☐ $1,000,000,001-$10 billion
    ☐ $10,000,000,001-$50 billion
    ☐ More than $50 billion

16. **Estimated liabilities**

    ☐ $0-$50,000
    ☐ $50,001-$100,000
    ☐ $100,001-$500,000
    ☐ $500,001-$1 million
    ☐ $1,000,001-$10 million
    ☐ $10,000,001-$50 million
    ☑ $50,000,001-$100 million
    ☐ $100,000,001-$500 million
    ☐ $500,000,001-$1 billion
    ☐ $1,000,000,001-$10 billion
    ☐ $10,000,000,001-$50 billion
    ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

    The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

    I have been authorized to file this petition on behalf of the debtor.

    I have examined the information in this petition and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on  03 / 16 / 2021
    MM / DD / YYYY

    ✗ ____/s/ Steven A. Nerger____        Steven A. Nerger
    Signature of authorized representative of debtor        Printed name

    Title  Chief Restructuring Officer

| Debtor | California-Nevada Methodist Homes | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**18. Signature of attorney**

✗ _____/s/ Neal L. Wolf_____   Date  03/16/2021
Signature of attorney for debtor                    MM / DD / YYYY

Neal L. Wolf
Printed name

Hanson Bridgett LLP
Firm name

425         Market Street
Number    Street

San Francisco                              CA            94105
City                                       State         ZIP Code

415-995-5015                               NWolf@hansonbridgett.com
Contact phone                              Email address

202129                                     CA
Bar number                                 State



201 - 19th Street, Suite 100 • Oakland, CA 94612-4117 • (510) 893-8989 • Fax: (510) 893-3041

# RESOLUTIONS OF
# THE BOARD OF TRUSTEES OF
# CALIFORNIA-NEVADA METHODIST HOMES

The undersigned, constituting the entire Board of Trustees (the "***Board***") of California-Nevada Methodist Homes, a California non-profit public benefit corporation (the "***Corporation***"), acting pursuant to Section 307 of the California Corporations Code, and the Corporation's Bylaws, as amended, at a duly noticed meeting of the Board in Executive Session on March 15, 2021, held via video conference, hereby adopts and approves, the following resolutions.

## Chapter 11 Filing

**WHEREAS**, the Board has considered presentations by management and the financial and legal advisors of the Corporation regarding the liabilities and liquidity situation of the Corporation, the strategic alternatives available to it, and the effect of the foregoing on the Corporation's business; and

**WHEREAS**, the Board has had the opportunity to consult with the management and the financial and legal advisors of the Corporation and fully consider each of the strategic alternatives available to the Corporation.

**NOW, THEREFORE, BE IT RESOLVED**, that in the judgement of the Board, it is desirable and in the best interests of the Corporation, its creditors, and other parties in interest, that the Corporation shall be and hereby is authorized to file or cause to be filed a voluntary petition for relief for the Corporation (the "***Chapter 11 Case***") under the provisions of chapter 11 of title 11 of the United States Code (the "***Bankruptcy Code***") in a court of proper jurisdiction (the "***Bankruptcy Court***");

**RESOLVED FURTHER**, that Steven A. Nerger, the Chief Restructuring Officer of the Corporation, be, and hereby is, authorized to sign, deliver, and file on behalf of the Corporation all petitions, schedules, lists and other motions, papers, or documents, and to do such other acts on behalf of this Corporation as are required in connection with, or are necessary to effectuate, the purpose and intent of these Resolutions; and

**RESOLVED FURTHER**, that Robert L. Leeper, the Vice President of Finance and Chief Financial Officer of the Corporation (the "***Authorized Officer***") be, and hereby is, authorized, empowered and directed to certify the authenticity of these resolutions.

17307125.2

DocuSign Envelope ID: E16213E6-50F1-451D-AD72-A24938704DC4

**Retention of Professionals**

  **IT IS FURTHER RESOLVED,** that the Authorized Officer is, with power of delegation, authorized and directed to employ the law firm of HANSON BRIDGETT LLP as general bankruptcy counsel to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Officer, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Hanson Bridgett LLP;

  **RESOLVED FURTHER,** that the Authorized Officer is, with power of delegation, authorized and directed to employ the firm of STRETTO LLC as notice, claims, and balloting agent and as administrative advisor to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations; and in connection therewith, the Authorized Officer is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of STRETTO LLC;

  **RESOLVED FURTHER,** that the Authorized Officer is, with power of delegation, authorized and directed to employ the firm of SILVERMAN CONSULTING as financial advisor to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation' s rights and obligations; and in connection therewith, the Authorized Officers is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate application s for authority to retain the services of SILVERMAN CONSULTING; and it is further

  **RESOLVED FURTHER,** that the Authorized Officer is, with power of delegation, authorized and directed to employ any other professionals to assist the Corporation in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Authorized Officer, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary; and

  **RESOLVED FURTHER,** that the Authorized Officer is, with power of delegation, authorized, empowered and directed to execute and file all petitions , schedules , motions, lists, applications , pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that the Authorized Officer deems necessary, proper, or desirable in connection with the Chapter 11 Case, with a view to the successful prosecution of such case.

DocuSign Envelope ID: E16213E6-50F1-451D-AD72-A24938704DC4

**General**

  **RESOLVED,** that in addition to the specific authorizations heretofore conferred upon the Authorized Officer, the Authorized Officer (and his designees and delegates) is authorized and empowered, in the name of and on behalf of the Corporation, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver, and file any and all such agreements, certificates, instruments, and other documents and to pay all expenses, including but not limited to filing fees, in each case as in the Authorized Officer's judgment, shall be necessary, advisable or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein;

  **RESOLVED,** that all members of the Board of the Corporation have received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of the Corporation, or hereby waive any right to have received such notice;

  **RESOLVED,** that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Corporation, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Corporation with the same force and effect as if each such act, transaction, agreement or certificate has been specifically authorized in advance by resolution of the Board; and

  **RESOLVED,** that the Authorized Officer (and his designees and delegates) is authorized and empowered to take all actions or to not take any action in the name of the Corporation with respect to the transactions contemplated by these resolutions hereunder, as such Authorized Officer shall deem necessary or desirable in such Authorized Officer's reasonable business judgment as may be necessary or appropriate to effectuate the purposes of the transactions contemplated herein.

(<em>Signature page follows</em>)

3

17307125.2

Case: 21-40363  Doc# 1  Filed: 03/16/21  Entered: 03/16/21 14:24:40  Page 8 of 14

DocuSign Envelope ID: E16213E6-50F1-451D-AD72-A24938704DC4

**IN WITNESS WHEREOF**, the undersigned, constituting the entire Board of Trustees of the Corporation, have duly executed these Resolutions.

_____  03/15/2021
Garrett B. Cross                    Date
Board Chair

_____  03/15/2021
Paul Extrum-Fernandez               Date
Secretary and Treasurer

_____  03/15/2021
William Riess                       Date
Resident Trustee

4

**Fill in this information to identify the case:**

Debtor name: California-Nevada Methodist Homes

United States Bankruptcy Court for the: Northern District of California (State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | **City National Bank** 3484 Central Avenue Riverside, CA 92506 | Attn: Irene Richardson P: 951-276-8811 F: 951-276-8830 Irene.richardson@cnb.com | Unsecured Bank Loan | | | | $4,937,965 |
| 2 | **Creditor #11821167** [Address Redacted] | | Customer Claim | Contingent | | | $612,000 |
| 3 | **Creditor #11821168** [Address Redacted] | | Customer Claim | Contingent | | | $573,720 |
| 4 | **Creditor #11821193** [Address Redacted] | | Customer Claim | Contingent | | | $567,000 |
| 5 | **Creditor #11821172** [Address Redacted] | | Customer Claim | Contingent | | | $542,298 |
| 6 | **Creditor #11821174** [Address Redacted] | | Customer Claim | Contingent | | | $506,685 |
| 7 | **Creditor #11821183** [Address Redacted] | | Customer Claim | Contingent | | | $484,380 |
| 8 | **Creditor #11821177** [Address Redacted] | | Customer Claim | Contingent | | | $472,022 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

| | Debtor | California-Nevada Methodist Homes | Case number (if known) | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | **Creditor #11821175**<br>[Address Redacted] | | Customer Claim | Contingent | | | $466,483 |
| 10 | **Creditor #11821191**<br>[Address Redacted] | | Customer Claim | Contingent | | | $402,650 |
| 11 | **Creditor #11821187**<br>[Address Redacted] | | Customer Claim | Contingent | | | $396,206 |
| 12 | **Creditor #11821181**<br>[Address Redacted] | | Customer Claim | Contingent | | | $394,945 |
| 13 | **Creditor #11821190**<br>[Address Redacted] | | Customer Claim | Contingent | | | $391,099 |
| 14 | **Creditor #11821192**<br>[Address Redacted] | | Customer Claim | Contingent | | | $379,427 |
| 15 | **Creditor #11821178**<br>[Address Redacted] | | Customer Claim | Contingent | | | $376,273 |
| 16 | **Creditor #11821179**<br>[Address Redacted] | | Customer Claim | Contingent | | | $373,920 |
| 17 | **Creditor #11821184**<br>[Address Redacted] | | Customer Claim | Contingent | | | $372,438 |
| 18 | **Creditor #11821189**<br>[Address Redacted] | | Customer Claim | Contingent | | | $370,304 |
| 19 | **Creditor #11821186**<br>[Address Redacted] | | Customer Claim | Contingent | | | $360,588 |
| 20 | **Creditor #11821188**<br>[Address Redacted] | | Customer Claim | Contingent | | | $356,659 |

Official Form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims  page 2

HANSON BRIDGETT LLP
NEAL L. WOLF, SBN 202129
nwolf@hansonbridgett.com
ANTHONY J. DUTRA, SBN 277706
adutra@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

*Proposed Attorneys for Debtor and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| In re | Case No. |
|---|---|
| CALIFORNIA-NEVADA METHODIST HOMES,[1] | Chapter 11 |
| Debtor. | **LIST OF EQUITY SECURITY HOLDERS** |

    Pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, debtor and debtor-in-possession California-Nevada Methodist Homes states that it is a California nonprofit corporation and that it has no equity security holders.

DATED: March 16, 2021                    HANSON BRIDGETT LLP

                                              By:    /s/ Neal L. Wolf
                                              NEAL L. WOLF
                                              ANTHONY J. DUTRA
                                              *Proposed Attorneys for Debtor and Debtor in Possession*

---

[1] The last four digits of the Debtor's federal tax identification number are 2411. The mailing address for the Debtor is 1850 Alice Street Oakland, CA 94612.

HANSON BRIDGETT LLP
NEAL L. WOLF, SBN 202129
nwolf@hansonbridgett.com
ANTHONY J. DUTRA, SBN 277706
adutra@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

*Proposed Attorneys for Debtor and Debtor in Possession*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| In re | Case No. |
|---|---|
| CALIFORNIA-NEVADA METHODIST HOMES,[1] | Chapter 11 |
| Debtor. | **CORPORATE OWNERSHIP STATEMENT** |

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), debtor and debtor-in-possession California-Nevada Methodist Homes certifies that there are no entities to report under Rule 7007.1 of the Bankruptcy Rules.

DATED: March 16, 2021          HANSON BRIDGETT LLP

                               By: /s/ Neal L. Wolf
                               NEAL L. WOLF
                               ANTHONY J. DUTRA
                               *Proposed Attorneys for Debtor and Debtor in Possession*

---

[1] The last four digits of the Debtor's federal tax identification number are 2411. The mailing address for the Debtor is 1850 Alice Street Oakland, CA 94612.

**Fill in this information to identify the case and this filing:**

Debtor Name: California-Nevada Methodist Homes

United States Bankruptcy Court for the: Northern District of CA (State)

Case number (If known): _____

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☑ Other document that requires a declaration  List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/16/2021
MM / DD / YYYY

X /s/ Steven A. Nerger
Signature of individual signing on behalf of debtor

Steven A. Nerger
Printed name

Chief Restructuring Officer
Position or relationship to debtor