# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| In re | Case No. 21-40363 |
|---|---|
| CALIFORNIA-NEVADA METHODIST HOMES,[1] | Chapter 11 |
| Debtor. | **REQUEST TO RECEIVE NOTICE OF ELECTRONIC FILING (NEF)** |

    Please take notice that Stretto, as proposed Claims and Noticing Agent for the above-referenced Debtor, requests that NEFs be provided to aw01@ecfcbis.com and pacerpleadings@stretto.com in separate emails (one email for each filed document) for the following Bankruptcy Case:

| Bankruptcy Case | Case Number |
|---|---|
| California-Nevada Methodist Homes | 21-40363 |

    Please take further notice that Stretto requests that NEFs be provided for any Adversary Proceedings that may be associated to the Debtors in the future.

Dated: March 16, 2021

/s/ *Sheryl Betance*
Sheryl Betance
Stretto
410 Exchange, Suite 100
Irvine, CA 92602
855-395-9878
Sheryl.Betance@stretto.com

---

[1] The last four digits of the Debtor's federal tax identification number is 2411. The mailing address for the Debtor is 1850 Alice Street, Oakland, CA 94612.