| | |
|---|---|
| 1 | XAVIER BECERRA<br>Attorney General of California |
| 2 | MICHAEL D. GOWE<br>Supervising Deputy Attorney General |
| 3 | CARA M. PORTER<br>Deputy Attorney General |
| 4 | State Bar No. 266045<br> 455 Golden Gate Avenue, Suite 11000 |
| 5 |  San Francisco, CA  94102-7004<br> Telephone:  (415) 510-3508 |
| 6 |  Fax:  (415) 703-5480<br> E-mail:  Cara.Porter@doj.ca.gov |
| 7 | *Attorneys for California Office of Statewide Health Planning and Development* |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **In re:**<br><br>**CALIFORNIA-NEVADA METHODIST HOMES,**<br><br>Debtor. | CASE NO. 21-40363<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

PLEASE TAKE NOTICE that the California Office of Statewide Health Planning and Development (OSPHD) hereby requests that all notices given or required to be given in the above-captioned case, and all papers served or required to be served in this bankruptcy proceeding including, without limitation, all notices pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, and 9007, be given and served upon:

> Cara M. Porter, Esq.
> Deputy Attorney General
> Office of the Attorney General
> 455 Golden Gate Ave., Suite 11000
> San Francisco, CA 94102
> Telephone:   (415) 510-3508
> Fax:              (415) 703-5480
> Email: cara.porter@ca.doj.gov

PLEASE TAKE FURTHER NOTICE that this request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders

1

and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, e-mail, or otherwise (1) that affects or seeks to affect in any way any rights or interest of any creditor or party-in-interest in the chapter 11 case, including OSHPD, with respect to: (a) the Debtor, (b) property of the estate, or proceeds thereof, in which the Debtor may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtor may seek to use; or (2) that requires or seeks to require any act, delivery, or any property, payment, or other conduct by OSHPD.

PLEASE TAKE FURTHER NOTICE that OSHPD intends that neither this Notice of Appearance and Request for Notice nor any later appearance, claim, or suit shall waive (1) its right to have final orders in non-core matters entered only after de nova review by a District Judge; (2) its right to trial by jury in any proceeding so triable in the chapter 11 case or any case, controversy, or proceeding relating to the chapter 11 case; (3) its right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (4) any other rights, claims, actions, setoffs, or recoupments to which it is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved; or (5) its right to assert sovereign immunity.

Dated: March 17, 2021

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
MICHAEL D. GOWE
Supervising Deputy Attorney General


 */s/ Cara M. Porter*
CARA M. PORTER
Deputy Attorney General
*Attorneys for California Office of Statewide Health Planning and Development*

# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

I hereby certify that on <u>March 17, 2021</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>March 17, 2021</u>, at San Francisco, California.

| | |
|---|---|
| Rachel Patu | */s/ Rachel Patu* |

SF2020900239
42598869.docx