XAVIER BECERRA
Attorney General of California
CHARLES J. ANTONEN
Supervising Deputy Attorney General
ANJANA N. GUNN
Deputy Attorney General
State Bar No. 251200
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 510-3563
 Fax: (415) 703-5480
 E-mail: Anjana.Gunn@doj.ca.gov
*Attorneys for the California Department of Social Services*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>**CALIFORNIA NEVADA METHODIST HOMES,** | Chapter 11<br><br>CASE NO. 21-40363 |

**THE CALIFORNIA DEPARTMENT OF SOCIAL SERVICES' NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

***PLEASE TAKE NOTICE*** that the attorney set forth below hereby appears as counsel for the California Department of Social Services pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rule").

Anjana N. Gunn, Deputy Attorney General
Office of the Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
(415) 510-3563
Anjana.Gunn@doj.ca.gov

1

1  DSS respectfully requests that it be served with copies of all notices and other documents
2  issued by the Clerk of the Court, and all other pleadings and notices to parties in interest filed by
3  Debtor, the Trustee, or any other interested parties in this case, including disclosure statements
4  and/or schedules, in accordance with Bankruptcy Rules 2002, 9010, and any other Bankruptcy
5  Rules or local rules governing notice.

Dated: March 18, 2021

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
CHARLES J. ANTONEN
Supervising Deputy Attorney General

/s/ Anjana Gunn
ANJANA N. GUNN
Deputy Attorney General
*Attorneys for the California Department of Social Services*

Notice of Appearance Request for Docs.doc

2

# CERTIFICATE OF SERVICE

Case Name:  **In re CALIFORNIA-NEVADA METHODIST HOMES**   No.   **21-40363**

I hereby certify that on <u>March 18, 2021</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**THE CALIFORNIA DEPARTMENT OF SOCIAL SERVICES' NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>March 18, 2021</u>, at San Francisco, California.

|  S. Gravem  |  *S. Gravem* |
|---|---|
| Declarant | Signature |

SF2021400406
42601753.docx