| | |
|---|---|
| MANUEL A. BOÍGUES, Bar No. 248990<br>WEINBERG, ROGER & ROSENFELD<br>A Professional Corporation<br>1375 55th Street<br>Emeryville, California 94608<br>Telephone (510) 337-1001<br>Fax (510) 337-1023<br>E-Mail: bankruptcycourtnotices@unioncounsel.net<br>        mboigues@unioncounsel.net | |

Attorneys for Creditor Service Employees International Union Local 2015

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| In Re<br><br>California-Nevada Methodist Homes,<br><br>                Debtor. | Case No. 21-40363<br><br>CHAPTER 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE AND INCLUSION ON MAILING LIST**<br><br>Judge:     Hon. Charles Novack |

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE AND INCLUSION ON MAILING LIST Case No. 21-40363

Case: 21-40363    Doc# 45    Filed: 03/24/21    Entered: 03/24/21 10:30:52    Page 1 of 3

| | |
|---|---|
|1| PLEASE TAKE NOTICE that the undersigned attorneys enter their notice of appearance |
|2| in the above-entitled case on behalf of Creditor Service Employees International Union, Local |
|3| 2015 ("SEIU Local 2015") and give this notice of appearance and request of all matters that must |
|4| be noticed to creditors, the Trustee, the Debtors, or other parties in interest, and further request |
|5| notice of limited Notice Proceedings.  For purposes of notice and service, the following address |
|6| shall be used. |

SEIU Local 2015
c/o Manuel Boigues
WEINBERG ROGER & ROSENFELD
1375 55th Street
Emeryville, California 94608
Telephone: (510) 3367-1001
Fax: (510) 337-1023
Email: bankruptcycourtnotices@unioncounsel.net
mboigues@unioncounsel.net

This request includes the type of notice referred to in Bankruptcy Rules 202(i) and 3017(a), 4001, 9007, and Section 1109 of the Bankruptcy Code, and also includes without limitations, all schedules, notices or any orders, applications, complaints, answers, demands, replies, hearings, motions, petitions, pleadings, disclosure statements, plans, requests, memoranda or briefs in support of any of the foregoing, and any other documents brought before the court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telex, facsimile transmission or otherwise.

Dated:  March 24, 2021                    WEINBERG, ROGER & ROSENFELD
                                          A Professional Corporation


                                          /s/  Manuel A. Boígues
                                    By:   MANUEL A. BOÍGUES

                                          Attorneys for Creditor Service Employees
                                          International Union Local 2015

151405\1155554

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

# CERTIFICATE OF SERVICE

I am a citizen of the United States and an employee in the County of Alameda, State of California. I am over the age of eighteen years and not a party to the within action; my business address is1375 55th Street, Emeryville, California 94608.

I hereby certify that on March 24, 2021, I electronically filed the forgoing Notice of Appearance with the U.S. Bankruptcy Court Northern California, by using the Court's CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the Notice of Electronic Filing by CM/ECF system.

I further certify that I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at Emeryville, California. I am personally and readily familiar with the business practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing with the United States Postal Service. I mailed such envelope(s) to the following part(ies) at the address(es) below.

Stretto
410 Exchange, Suite 100
Irvine, CA  92602
Email: aw01@ecfbis.com
       pacerpleadings@stretto.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 24, 2021, at Emeryville, California.

_____
Stephanie Mizuhara

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001