MATTHEW RODRIQUEZ
Acting Attorney General
JAMES M. TOMA
Supervising Deputy Attorney General
DAVID K. ELDAN
Deputy Attorney General
State Bar No. 163592
  300 South Spring Street, Suite 1702
  Los Angeles, CA 90013
  Telephone: (213) 269-6041
  Fax: (916) 731-2145
  E-mail: David.Eldan@doj.ca.gov

*Attorneys for Matthew Rodriquez*
*Acting Attorney General of the State of California*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>**CALIFORNIA-NEVADA METHODIST HOMES,**<br><br>                              Debtor. | Case no.: 21-bk-40363<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

**PLEASE TAKE NOTICE** that the undersigned attorney hereby appears under Fed. R. Bankr. P. 9010 for Matthew Rodriquez, Acting Attorney General of the State of California, and respectfully requests that all required notices be directed to:

  California Department of Justice
  Attn.: David K. Eldan, Deputy Attorney General
  300 S. Spring St., #1702
  Los Angeles, CA 90013
  E-mail: David.Eldan@doj.ca.gov

Dated: March 30, 2021
                                    MATTHEW RODRIQUEZ
                                    Acting Attorney General of California
                                    JAMES M. TOMA
                                    Supervising Deputy Attorney General

                                    /s/ David K. Eldan
                                    DAVID K. ELDAN
                                    Deputy Attorney General
                                    *Attorneys for Matthew Rodriquez*
                                    *Acting Attorney General of the State of California*

1