Jason Strabo (Bar No. 246426)
**MCDERMOTT WILL & EMERY LLP**
2049 Century Park East
Suite 3200
Los Angeles, CA 90067-3206
Telephone: (310) 277-4110
Facsimile: (310) 277-4730
jstrabo@mwe.com

*Attorney for Wilmington Trust, National Association*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| In re<br><br>CALIFORNIA-NEVADA METHODIST HOMES,<br><br>Debtor. | Case No.: 21-40363<br><br>**CHAPTER 11**<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that McDermott Will & Emery LLP hereby enters its appearance (this "Notice") in the above-captioned chapter 11 case as counsel to Wilmington Trust, National Association ("Wilmington") and requests that any and all notices and pleadings given or required to be given in the above-captioned chapter 11 case, and any and all papers served or required to be served in the above-captioned chapter 11 case, be given and served upon the following:

Jason Strabo
**MCDERMOTT WILL & EMERY LLP**
2049 Century Park East
Suite 3200
Los Angeles, CA 90067-3206
Telephone: (310) 277-4110
Facsimile: (310) 277-4730
jstrabo@mwe.com

**PLEASE TAKE FURTHER NOTICE** that this Notice encompasses all notices, copies and pleadings referred to in section 1109(b) of title 11 of the United States Code and in Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings, plans of reorganization, disclosure statements, requests, or applications, and any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telex, or otherwise, which affect or seek to affect the above case.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice nor any prior or later appearance shall be deemed or construed to be a waiver of any substantive or procedural rights of Wilmington including, without limitation: (i) the right to have final orders in noncore matters entered only after *de novo* review by a district court judge; (ii) the right to trial by jury in any proceedings so triable in this case or in any case, controversy, or proceeding related to this case; (iii) the right to have a district court judge withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) an election of remedies; or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which Wilmington is or may be entitled, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved. Unless and until Wilmington expressly states otherwise, Wilmington does not consent to the entry of final orders or judgments by this Court if it is determined that this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

*[Remainder of Page Intentionally Left Blank]*

Dated: April 2, 2021

By: */s/ Jason Strabo*
Jason Strabo (Bar No. 246426)
**MCDERMOTT WILL & EMERY LLP**
2049 Century Park East
Suite 3200
Los Angeles, CA 90067-3206
Telephone: (310) 277-4110
Facsimile: (310) 277-4730
jstrabo@mwe.com

*Attorney for Wilmington Trust, National Association*

## CERTIFICATE OF SERVICE

I certify that on April 2, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of California.

*/s/ Jason Strabo*
Jason Strabo