TIMOTHY S. LAFFREDI (WI SBN 1055133)
Assistant United States Trustee
TREVOR R. FEHR (SBN 316699)
Trial Attorney
United States Department of Justice
Office of the United States Trustee
450 Golden Gate Avenue, 5th Floor, Suite #05-0153
San Francisco, CA 94102
Telephone: (415) 252-2080
Facsimile: (415) 705-3379
Email: Trevor.Fehr@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 21-40363-CN |
| | ) | |
| CALIFORNIA-NEVADA METHODIST HOMES | ) ) | Chapter 11 |
| | ) ) | |
| | ) | Chief Judge Charles Novack |
| Debtor. | ) | |

## APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Pursuant to 11 U.S.C. § 1102(a), Tracy Hope Davis, the United States Trustee for Region 17, hereby appoints the following unsecured creditors to be members of the Official Committee of Unsecured Creditors in the above-captioned case:

| | |
|---|---|
| **1. Jeffrey Rhodenbaugh**<br>**Successor Trustee of the Rhodenbaugh Family Trust** | Identified Counsel: Mark Hirsch<br>New Tech Law Group<br>40815 Grimmer Blvd.<br>Fremont, CA 94538<br>(510) 659-8884<br>mark@ntlg.us |
| **2. Suzanne M. Kaufmann** | Identified Counsel: None |
| **3. Martin Overstreet** | Identified Counsel: None |

1

| | |
|---|---|
| 4. **Edward M. Keech** | Identified Counsel: None |
| 5. **Astrid E. Anderson** | Identified Counsel: None |

Dated: April 8, 2021

Respectfully Submitted,

TRACY HOPE DAVIS
UNITED STATES TRUSTEE

By: */s/ Timothy S. Laffredi*
Timothy S. Laffredi
Assistant United States Trustee

2