Darya S. Druch (SBN 135827)
Attorney at Law
One Kaiser Plaza, Suite 1015
Oakland, CA 94612
Phone:(510)465-1788
darya@daryalaw.com

Attorney for Creditor
Florence Siegel Trust

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br>California – Nevada Methodist Homes<br>      Debtor | Case: 21-40363 CN<br>Chapter 11<br>Request for Notice and Inclusion on Mailing List |

PLEASE TAKE NOTICE THAT Florence Siegel Trust hereby give notice as follows:

Pursuant to Bankruptcy Rule 2002 and 9010 that: (i) all notices given or required to be given in the case; and (ii) all pleadings referred to in Rules 2002, 9007 or 9010 of the Bankruptcy Rules and correspondence served or required to be served in this case, should be directed to Darya S. Druch at the following mailing address effective immediately:

Darya S. Druch
Attorney at Law
One Kaiser Plaza, Suite 1015
Oakland, CA 94612

Dated: April 9, 2021

                          /s/ Darya S. Druch
                          Darya S. Druch,
                          Attorney for Florence Siegel Trust

- 1 -