**Entered on Docket**
**June 22, 2021**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Sara L. Chenetz, Bar No. 206936
SChenetz@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

The following constitutes the order of the Court.
Signed: June 22, 2021

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>CALIFORNIA-NEVADA METHODIST HOMES,[1]<br><br>Debtor. | CASE NO. 21-40363<br><br>Chapter: 11<br><br>**ORDER GRANTING MOTION FOR ENTRY OF AN ORDER SHORTENING TIME** |

The cause coming to be heard on the Committee's *Motion for Entry of an Order Shortening Time for Hearing on Motion of the Official Committee of Unsecured Creditors for an Order Extending the Challenge Period, or Alternatively for Authority to Commence an Adversary Proceeding or to Seek Other Relief* (the "<u>Motion</u>"), and the Court having considered the Motion and the Declaration of Sara L. Chenetz in support thereof, and good cause appearing therefor:

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

---

[1] The last four digits of the Debtor's federal tax identification number are 2411. The mailing address for the Debtor is 1850 Alice Street Oakland, CA 94612.

2. The hearing on *Motion of the Official Committee of Unsecured Creditors for an Order Extending the Challenge Period, or Alternatively for Authority to Commence an Adversary Proceeding or to Seek Other Relief* (the "Motion to Extend") is set for June 28, 2021 at 10:00 a.m.

3. The Committee shall provide a notice stating that hearing on the Motion to Extend is set for June 28, 2021 at 10:00 a.m., in the form attached to the Motion as **Exhibit C** to: (i) the Office of the United States Trustee, (ii) counsel to the Debtor, (iii) counsel to Wilmington, (iv) counsel to Cal-Mortgage, and (v) all parties who have appeared in the chapter 11 case and requested service pursuant to Bankruptcy Rule 2002.

4. Notice of the Motion and the Motion to Extend were appropriate under the circumstances and other notice need be provided.

*** END OF ORDER ***

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | Recipients are ECF Participants. |