Sara L. Chenetz, California Bar No. 206936
SChenetz@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone:   (415) 344-7708
Facsimile:    (415) 344-7050

*Counsel to the Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>CALIFORNIA-NEVADA METHODIST HOMES,[1]<br><br>Debtor. | CASE NO. 21-40363<br><br>Chapter: 11<br><br>**NOTICE OF HEARING ON FIRST INTERIM APPLICATION OF PERKINS COIE LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF APRIL 23, 2021 THROUGH JULY 31, 2021**<br><br>**Hearing Date:**   September 17, 2021<br>**Time:**              11:00 a.m.<br><br>**Objection Deadline:**   September 10, 2021 |

---

[1] The last four digits of the Debtor's federal tax identification number are 2411. The mailing address for the Debtor is 1850 Alice Street Oakland, CA 94612

PLEASE TAKE NOTICE that on September 17, 2021 at 11:00 a.m. (prevailing Pacific Time), the United States Bankruptcy Court for the Northern District of California, Oakland Division (the "Bankruptcy Court"), the Honorable Charles Novack, United States Bankruptcy Judge, presiding, will conduct a hearing (the "Hearing") to consider the *First Interim Application of Perkins Coie LLP for Compensation for Services and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period of April 23, 2021 through July 31, 2021*, (the "Application")[2].

In the Application, Perkins Coie LLP ("Perkins Coie"), counsel to the Official Committee of Unsecured Creditors of California-Nevada Methodist Homes seeks entry of an order allowing Perkins Coie interim compensation in the amount of $266,569.25, and reimbursement of expenses in the amount of $79.00 for the period from April 23, 2021 through July 31, 2021 and authorizing payment of these amounts to Perkins Coie.

PLEASE TAKE FURTHER NOTICE that the hearing will not be conducted in the Court's chambers but will instead only be conducted by videoconference using the Zoom Webinar software. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

---

[2] Copies of the Application can be viewed and/or obtained by: (i) accessing the Bankruptcy Court's website at http://www.canb.uscourts.gov, (ii) contacting the Office of the Clerk of the Court at 1300 Clay Street, Suite 300, Oakland, CA 94612, or (iii) from the Debtor's proposed notice and claims agent, Stretto, at https://cases.stretto.com/CNMH or by calling (855) 382-1904 (Toll-Free) for U.S.-based parties; or +1 (949) 253-3091 for international parties or by e-mail at TeamCNMH@stretto.com. Note that a PACER password is needed to access documents on the Court's website.

DATED: August 20, 2021           **PERKINS COIE LLP**

By: */s/ Sara L. Chenetz*
    Sara L. Chenetz,
    SChenetz@perkinscoie.com

*Counsel to the Official Committee of Unsecured Creditors*