Sara L. Chenetz, California Bar No. 206936
SChenetz@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: 415.344.7708
Facsimile: 415.344.7050

*Counsel to the Official Committee of Unsecured Creditors*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>CALIFORNIA-NEVADA METHODIST HOMES[1],<br><br>               Debtor. | CASE NO. 21-40363<br><br>Chapter: 11<br><br>**SUPPLEMENTAL DECLARATION OF SARA L. CHENETZ PURSUANT TO FED. R. BANKR. PRO. 2014** |

I, Sara L. Chenetz, pursuant to 28 U.S.C. §1746, hereby declare and state the following:

1. I am a partner in the Bankruptcy and Restructuring group at Perkins Coie LLP ("Perkins Coie"), counsel for the Official Committee of Unsecured Creditors ("Committee").

2. I submit this supplemental declaration in connection with the *Application for Entry of an Order Authorizing the Employment and Retention of Perkins Coie LLP as Counsel to the Official Committee of Unsecured Creditors, Retroactive to April 23, 2021,* (the "Application") filed on May 12, 2021 and Fed. R. Bankr. Pro. 2014. *See* Docket No. 144.

3. In the Debtor's schedule E/F of Creditors who have Unsecured Claims, the Debtor listed an unsecured claim in the amount of $16,859.00 held by Avellino Lab USA, Inc., ("Avellino"). *See* Docket No. 271.

---
[1] The last four digits of the Debtor's federal tax identification number are 2411. The mailing address for the Debtor is 1850 Alice Street Oakland, CA 94612.

4. Avellino's claim is not indicated as contingent, disputed, or unliquidated. As of this filing, Avellino has not filed a proof of claim in this Chapter 11 Case based on a review of the claims register.

5. On or about December 15, 2021, Perkins Coie was engaged to represent Avellino in a matter unrelated to this Chapter 11 Case and to bankruptcy matters generally.

6. The Perkins Coie attorneys principally representing the Committee in this Chapter 11 Case are Eric Walker and the undersigned. Mr. Walker and I have not completed any work for Avellino.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury foregoing is true and correct to the best of my information, knowledge, and belief. Executed this 29th day of December 2021.

By: /s/ Sara L. Chenetz

Sara L. Chenetz

# CERTIFICATE OF SERVICE

I certify that on December 29, 2021, I caused a copy of the foregoing document to be served on the parties listed below by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of California.

Via ECF
- Adam S. Affleck    adam-affleck@rbmn.com
- Kathleen Allare    kallare@perkinscoie.com
- Sheryl Betance    aw01@ecfcbis.com, pacerpleadings@stretto.com
- Manuel A. Boigues    mboigues@unioncounsel.net
- Sara L. Chenetz    schenetz@perkinscoie.com
- Darya Sara Druch    ecf@daryalaw.com
- Anthony James Dutra    adutra@hansonbridgett.com, ssingh@hansonbridgett.com
- David K. Eldan    deldan@pmcos.com
- Trevor Ross Fehr    trevor.fehr@usdoj.gov
- Kristin K. Going    kgoing@mwe.com
- Anjana Gunn    Anjana.Gunn@doj.ca.gov
- Marta M. Guzman    martamguzman@yahoo.com
- Cullen Kuhn    ckkuhn@bryancave.com
- Office of the U.S. Trustee/Oak    USTPRegion17.OA.ECF@usdoj.gov
- Cara M. Porter    cara.porter@doj.ca.gov, rachel.patu@doj.ca.gov
- Natalie Ann Rowles    nrowles@mwe.com
- Colin Schoell    colin.schoell@doj.ca.gov
- James A. Shepherd    jim@jsheplaw.com, lawofficesofjamesshepherd@jubileebk.net
- Jason D. Strabo    jstrabo@mwe.com
- Eric E. Walker    ewalker@perkinscoie.com
- Sharon Z. Weiss    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com
- Neal L. Wolf    nwolf@hansonbridgett.com, lchappell@hansonbridgett.com

Via U.S. Mail

Debtor:
California-Nevada Methodist Homes
Attn: Steven A. Nerger
1850 Alice Street
Oakland, CA 94612