1  HANSON BRIDGETT LLP
   ANTHONY J. DUTRA, SBN 277706
2  adutra@hansonbridgett.com
   425 Market Street, 26th Floor
3  San Francisco, California 94105
   Telephone:   (415) 777-3200
4  Facsimile:   (415) 541-9366

5  *Attorneys for Debtor and Debtor in Possession*

6

7              **UNITED STATES BANKRUPTCY COURT**

8      **NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

9

10 In re                                    Case No. 21-40363

11 CALIFORNIA-NEVADA METHODIST             Chapter 11
   HOMES,[1]
                                            **NOTICE OF EFFECTIVE DATE OF
12         Debtor.                          DEBTOR'S FIRST AMENDED CHAPTER
                                            11 PLAN OF LIQUIDATION**
13

14         **PLEASE TAKE NOTICE** that the Debtor's First Amended Chapter 11 Plan of

15 Liquidation (the "**Plan**") became effective on July 5, 2023 and that July 5, 2023 is the

16 "Effective Date" as that term is used in the Plan.

17

18 DATED:  July 10, 2023                    HANSON BRIDGETT LLP

19                                          By:      /s/ Anthony J. Dutra
20                                                ANTHONY J. DUTRA
                                                Attorneys for Debtor and Debtor in
21                                              Possession

22

23

24

25

26

27 ───────────────────────

28 [1] The last four digits of the Debtor's federal tax identification number are 2411. The
   mailing address of the Debtor is 1850 Alice Street Oakland, CA 94612.