Form FIND

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| In Re: | California–Nevada Methodist Homes | Case No.: 21–40363 CN 11 |
|---|---|---|
| | Debtor(s) | Chapter: 11 |

## FINAL DECREE

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

☐ Not Assigned – OK is discharged as trustee of the estate of the above–named debtor and the bond is canceled.

☑ the chapter 11 case of the above–named debtor is closed;

and

☐ Other

Dated: <u>10/6/23</u>

By the Court:

Charles Novack
United States Bankruptcy Judge